H. L. Brannon v. The State.

No. 20421. Delivered May 31, 1939.

No attorney for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Judge.

Conviction is for operating a motor vehicle on the highway while the operator was intoxicated, punishment being by fine of fifty dollars and five days in the county jail.

The record fails to show any notice of appeal in the absence of which this Court has no jurisdiction.

The appeal is dismissed.